5630 Marquesas Circle
Sarasota, FL 34233-3331



COLLECTION BUREAU

VISA  

| CARD NUMBER | 3 DIGIT SECURITY CODE | EXP. DATE / |
|---|---|---|
| CARDHOLDER NAME | CARDHOLDER SIGNATURE | AMOUNT $ |

PLEASE ENTER ALL OF THE ABOVE INFORMATION

Master Account #: 32005175

January 17, 2020

Jose Padilla
10320 SW 120th St
Miami, FL 33176-4743

GULF COAST COLLECTION BUREAU INC
PO Box 21239
Sarasota, FL 34276-4239

***Detach Upper Portion and Return with Payment***

The above account has been listed with Gulf Coast Collection Bureau for collection.

To make a payment online, please visit us at: www.gccb.net.

All communications and correspondence can be delivered via our web site. Please visit us at www.gulfcoastcollection.com.

You may mail payments and/or correspondence to Post Office Box 21239, Sarasota, FL 34276-5509.

To speak to a representative, please call 866-991-7360.

Our hours of operation are from 8 A.M. – 7 P.M., Monday – Friday.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt, or any portion of it, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor. This is a communication from a debt collector.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Gulf Coast Collection Bureau

| Creditor | Creditor Account # | Service Date | Balance |
|---|---|---|---|
| Florida United Radiology LLC | 289519-1545901 | 06/20/2019 | $55.00 |

GULF / 110 / 773035335951 / 1923 / 0001919 / Page 1 of 1

Scanned with CamScanner