UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-21913 - -UU

JOSE PADILLA,

    Plaintiff,

v.

GULF COAST COLLECTION BUREAU, INC.,

    Defendant.

_____/

**JOINT PROPOSED ORDER SETTING**
**PRETRIAL DEADLINES AND TWO-WEEK TRIAL PERIOD**

| Date | Event |
|---|---|
| 06-17-2020 | Initial Disclosures |
| 08-03-2020 | Joinder of parties and claims, and amendment of pleadings. |
| 12-04-2020 | Deadline to complete all discovery. |
| 12-11-2020 | Mediation must be completed. |
| 01-08-2021 | All dispositive and other pretrial motions not explicitly excluded by Local Rule 7.1(a)(1), and memoranda of law must be filed. |
| 05-11-2021 | Joint pretrial stipulation must be filed pursuant to Local Rule 16.1(e). |
| 05-07-2021 | Final proposed jury instructions (for jury trial) or findings of fact and conclusions of law (for bench trial) must be submitted. |
| 05-18-2021 | Final pretrial conference |
| 06-08-2021 | Commencement of two-week trial period. |

DONE AND ORDERED in Chambers at Fort Lauderdale, Florida on _____, 2020.

                                                  _____
                                                URSULA UNGARO
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:

    All Counsel of Record